UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE HART,<br>Plaintiff,<br>v.<br>EARLY WARNING SERVICES, LLC, et al.,<br>Defendants. | Case No. 26-cv-05880-AGT<br><br>**SCREENING ORDER** |

Having granted Eugene Hart Jr.'s *in forma pauperis* application (dkt. 7), the Court now screens his complaint, under 28 U.S.C. § 1915(e)(2)(B), and concludes that the complaint is deficient for the reasons identified below.

* * *

Hart alleges that his "identity was stolen" and that a "fraudulent 'corporate entity' was created that has destroyed [his] whole life." Dkt. 1 at 3. He alleges that Early Warning Services LLC, in association with Chase Bank, notified him of this identity theft. *Id.* at 4. He tried to send Early Warning Services LLC a letter, but the letter was returned undelivered because Early Warning Services LLC moved. *Id.*

Hart names five Defendants in his complaint: Francis Varges Quinntillian, Chaz

Long, Lynette Lewis, Robert Hart, and Early Warning Services LLC. Dkt. 1 at 1–2. He alleges that Defendants violated his rights "by unequal treatment and discrimination [against] people with disabilities." *Id.* at 5. He doesn't explain what the individual Defendants did to violate his rights. And with respect to Early Warning Services LLC, he hasn't offered any factual details that would support a claim of unequal treatment or discrimination.

In short, Hart has neither identified a cause of action nor offered factual allegations connecting any of the Defendants to a cause of action. He hasn't stated a claim for relief. Fed. R. Civ. P. 8(a).

Hart may file an amended complaint, on or before October 12, 2026. If he doesn't do so, or if he files an amended complaint that fails to state a claim for relief, the undersigned will recommend that a district judge dismiss his case.

The initial case management conference is vacated.

**IT IS SO ORDERED.**

Dated: September 21, 2026

Alex G. Tse
United States Magistrate Judge